UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JASON ROBBINS and his wife, MELANIE ROBBINS | Civil No. 13-0624 (NLH/JS) |
| Plaintiffs, | ORDER |
| v. | |
| RENEE FORGASH, et al., | |
| Defendants. | |

**HILLMAN, District Judge**

AND NOW, this  24th  day of March, 2014, it is

ORDERED that the motion to dismiss filed by defendants Renee Forgash and Ken Curtis Agency [12] is GRANTED, and all claims against defendants Renee Forgash and Ken Curtis Agency are dismissed.[1]

At Camden, New Jersey

s/Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.

---

[1] To Clerk of Court:  This matter shall remain open as against defendant Fidelity National Property & Casualty Insurance Company ("Fidelity") until further Order of the Court.  There is a pending motion for summary judgment filed by Fidelity [18] which will be decided in a separate opinion and order.